**No. 66101.**—Ferri Bros., Inc. *v.* United States, protest 60/28795 (C) (New York).

Opinion by LAWRENCE, J. From a review of the record in this case, the court found nothing tending in any way to overcome the presumption of correctness attaching to the classification by the collector. The protest was, therefore, overruled.